**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Venustiano OCAMPO–TERAN,**
**Defendant–Appellant.**

**No. 02–10120.**
**D.C. No. CR–01–00212–LRH.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 18, 2003.

Before RYMER, KLEINFELD and FISHER, Circuit Judges.

## MEMORANDUM**

Venustiano Ocampo–Teran appeals his guilty-plea conviction and 71–month sentence for unlawful reentry following deportation, in violation of 8 U.S.C. § 1326.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2). Accordingly, the request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ocampo–Teran has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Ocampo–Teran has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**